IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAPHAEL ANTONIO MADDOX,

    Plaintiff,

v.

Dr. PENNY DENNISON, Dr. BRET REYNOLDS, Mr. Jager, JOSH WICHMANN, SGT. KRASPER and Dr. SANDY FRODIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-98-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing plaintiff's claims against defendant Josh Wichmann;

    (2) denying plaintiff leave to proceed on his claims against defendants Mr. Jager, Sgt. Krasper and Dr. Sandy Frodin;

    (3) granting defendants Dr. Penny Dennison and Dr. Bret Reynold's motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____
Peter Oppeneer, Clerk of Court

MAR 10 2011
_____
Date